| Attorney or Party without Attorney: ROGER E. BORG, ESQ., Bar #117765 20122 SANTA ANA AVENUE #8A NEWPORT BEACH, CA 92660 Telephone No: (714) 549-4452 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: United States District Court Southern District Of California |
|---|
| Plaintiff: ABELARDO MARTINEZ |
| Defendant: STERLING JEWELERS, INC. |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: 15cv0507-BEN-JLB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT; CIVIL COVER SHEET; ADVISORY NOTICE TO DEFENDANT; DEFENDANT'S APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE PURSUANT TO CIVIL CODE SECTION 55.54 (BLANK); NOTICE OF STAY PROCEEDINGS AND EARLY EVALUATION CONFERENCE (DISABILITY ACCESS LITIGATION) (BLANK); STATE LAW REQUIRES THAT YOU GET THIS IMPORTANT ADVISORY INFORMATION FOR BUILDING OWNERS AND TENANTS.

3. a. Party served: STERLING JEWELERS, INC., doing business as KAY JEWELERS, a Delaware corporation
   b. Person served: KIRSTIN EDRALIN, PROCESS SPECIALIST, CT CORPORATION SYSTEM, REGISTERED AGENT, SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served: 818 West Seventh Street
   2nd Floor
   LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Mar. 09, 2015 (2) at: 8:45AM

7. Person Who Served Papers: Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG FORREST
   d. **The Fee** for Service was: $69.25



1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone (213) 250-9111
Fax (213) 250-1197
www.firstlegalnetwork.com

e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 5141
   (iii) County: Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Mar. 13, 2015

(DOUG FORREST)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

9137648;ac.rogbo.686662